IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil No. 5:17-cv-123

| | | |
|---|---|---|
| TIMOTHY GENE CONNOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the Amended Motion of the Defendant for an extension of time, (Doc. No.17), it is hereby **ORDERED** that the Defendant be granted a 22-day extension in which to respond to Plaintiff's Motion for Judgment on the Pleadings. As such, Defendant's earlier Motion for Extension of Time, (Doc. No. 12), is **DISMISSED as moot.**

Signed: April 13, 2018

Robert J. Conrad, Jr.
United States District Judge